RECEIVED
IN LAKE CHARLES, LA

JUN 3 0 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| GERALD J. HEBERT AND HIS WIFE, JANICE M. HEBERT<br><br>VERSUS<br><br>JOHN S. CRAFT, INDIVIDUALLY AND AS SHERIFF OF VERNON PARISH, DEPUTY RANDY KENNEDY, INDIVIDUALLY AND AS DEPUTY OF THE VERNON PARISH SHERIFF'S OFFICE, DEPUTY DANNY HUNT, INDIVIDUALLY AND AS DEPUTY OF THE VERNON PARISH SHERIFF'S OFFICE<br>FILED:_____ | CIVIL ACTION NO. CV 03-1636<br><br>JUDGE MINALDI<br><br>MAGISTRATE JUDGE WILSON<br><br>DEPUTY CLERK:_____ |

## JUDGMENT

This matter came on for trial by jury on June 13, 2005 after being duly fixed therefor; present in Court being plaintiffs, Gerald J. Hebert and Janice Hebert, with their counsel of record, Leslie R. Leavoy, Jr., and defendants, John S. Craft, individually and as Sheriff of Vernon Parish, Louisiana, Randy Kennedy, individually and as Deputy Sheriff of Vernon Parish, Louisiana, and Danny Hunt, individually and as Deputy Sheriff of Vernon Parish, Louisiana, with their counsel of record, David R. Lestage; the Court and the jury having heard the plaintiffs' case as to all federal law issues against defendant, John S. Craft, individually and as Sheriff of Vernon Parish, Louisiana, and the Court having found that there was no legally sufficient evidentiary basis for a reasonable jury to find for plaintiffs on any federal law issues, the Court granted Judgment as a matter of law in favor of John S. Craft, individually and as Sheriff of Vernon Parish, Louisiana, on all federal law issues pursuant to that said defendant's

1

Motion under Rule 50, Federal Rules of Civil Procedure; the jury having heard the evidence and having returned a verdict that it did not find from a preponderance of the evidence (a) that Deputy Randy Kennedy intentionally deprived Gerald J. Hebert of a right secured by the Constitution of the United States, (b) that Deputy Danny Hunt intentionally deprived Gerald J. Hebert of a right secured by the Constitution of the United States, (c) that Deputies Randy Kennedy and Danny Hunt seized Gerald J. Hebert unlawfully under the law of the State of Louisiana, and (d) that Deputy Randy Kennedy committed a battery under the law of the State of Louisiana upon Gerald J. Hebert which was a legal cause of damage to Gerald J. Hebert, thereby finding in favor of all of the defendants in all of their capacities:

IT IS ORDERED, ADJUDGED AND DECREED that the above-captioned and numbered suit of plaintiffs, Gerald J. Hebert and Janice Hebert, against defendants, John S. Craft, individually and as Sheriff of Vernon Parish, Louisiana, Randy Kennedy, individually and as Deputy Sheriff of Vernon Parish, Louisiana, and Danny Hunt, individually and as Deputy Sheriff of Vernon Parish, Louisiana, be, and the same is hereby, dismissed with prejudice at plaintiffs' costs.

JUDGMENT RENDERED in Open Court as to defendant John S. Craft, individually and as Sheriff of Vernon Parish, Louisiana, on June 14, 2005, and as to defendants, Randy Kennedy, individually and as Deputy Sheriff of Vernon Parish, Louisiana, and Danny Hunt, individually and as Deputy Sheriff of Vernon Parish, Louisiana, on June 15, 2005, AND SIGNED in Chambers on this 30 of day of June, 2005, all in Lake Charles, Louisiana.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE